

# UNITED STATES DISTRICT COURT
for the
Northern District of California
Oakland Division

**FILED**
OCT - 1 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| John Pate <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. C 21-07718 <br> (to be filled in by the Clerk's Office) <br> Jury Trial: (check one) ☒ Yes ☐ No |
| -v- <br> Martine Pate - of - Pate Developement LLC <br> & <br> Robert A. Pate <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | AGT <br> Fee <br> NP <br> IFP <br> NP |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: John Pate
   Street Address: 3126 Shattuck Ave
   City and County: Berkeley, Alameda county
   State and Zip Code: California 94705
   Telephone Number: 510 775 0035
   E-mail Address: JohnPate111@ProtonMail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Martine Pate
- Job or Title (if known):
- Street Address: 10854 EGret Pointe Ln.
- City and County: West Palm Beach, Palm Beach County
- State and Zip Code: Florida 33412
- Telephone Number:
- E-mail Address (if known): Tine77x@AOL.Com

Defendant No. 2
- Name: Robert A. Pate
- Job or Title (if known):
- Street Address: 10854 Egret Pointe LN.
- City and County: West Palm Beach, Palm Beach County
- State and Zip Code: Florida 33412
- Telephone Number: (561) 358 5782
- E-mail Address (if known): RPate0013@Aol.Com

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question   ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

N/A

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* John Pate, is a citizen of the State of *(name)* California.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual   Martine Pate +
       The defendant, *(name)* Robert A. Pate, is a citizen of the State of *(name)* Florida. Or is a citizen of *(foreign nation)* _____.

      b.     If the defendant is a corporation

The defendant, *(name)* **Pate Developement llc**, is incorporated under the laws of the State of *(name)* **Florida**, and has its principal place of business in the State of *(name)* **Florida**.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**Compensatory Damages, Time + money lost + Goodwill lost + Punative damages For Malice, Fraud, slander, Forgery Ongoing harrasement**

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**See Attached Statement of claims (3 pages)**

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**See Attachment Relief Statement (1 page)**

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  09-25-2021

Signature of Plaintiff  _[signature]_
Printed Name of Plaintiff  John Pate

### B.  For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Page No. 1

### III. STATEMENT OF CLAIMS

JOHN PATE

Vs.

MARTINE PATE

ROBERT A. PATE

-Of-

PATE DEVELOPMENT LLC

Over the past 12 years I have been a victum of the following crimes from the respondents

Robert A. Pate  &  Martine Pate

of PATE DEVELOPMENT llc :

<u>Illegal conversion of real property -</u>

<u>GOVERNMENT CODE Ss 222.30 fraud</u>

<u>GOVERNEMENT CODE ss.501.204 (1)  unlawful acts and practices</u>

<u>GOVERNEMENTCODEss620.8404  (2b) (3)    general standards of partners conduct</u>

<u>GEVERNMENT CODE620.8401 (1a-b) (2)  Partners rights and dutys</u>

I was never paid for five pieces of property I was partial owner in a real estate project in Palm Bay florida with Respondents.  I have made multiple attempts to contact martine pate and robert A pate and was never paid for the pieces of real property in palm bay, Florida.

<u>Intentional Deceit –</u>

<u>Ss 620.1407 (2 a,b) partners rights and dutys</u>

---

- 1 -
DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

Page no.2

John Pate Vs. Pate Development llc and employees

<u>620.8404 (2b) (3)</u>

The respondants **Robert A. Pate and Martine Pate of Pate Development llc.** Have lied to me through numerous electronic communications, telephone communications, texts about the real property in question and other financial matters concerning myself the plaintiff **John Pate.**

<u>SLANDER –</u>
<u>SS 620 8401 – PARTNERS RIGHTS AND DUTYS</u>
<u>SS 620 8404 – General standards of Partners Conduct</u>

The Respondants Robert A. Pate and Martine Pate of Pate Development llc. Have lied about me and tarnished my name repeatedly to justify their own actions of theft of my property and money and sabotage of my business's.

<u>Forgery –</u>
<u>s.s. 222.30 FRAUD</u>
<u>620.8404 (3) general standards of partners conduct</u>
<u>620.8401 (1a,b) partners rights and dutys</u>
<u>501.204 unlawful acts and practices</u>

The respondents Martine Pate and Robert A,. Pate of Pate Development llc forged documents with my name on it conveying two pieces of property with members of New York City Mafia member Frank Datello. Transaction proceeded without my

- 2 -
DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

Page no. 3

John Pate Vs.

Martine Pate and Robert A. Pate of Pate development llc

Knowledge or approval and are more proof of mafia strongarm tactics used against me during the past 12 years with the respondents **Robert A. Pate and Martine Pate of Pate Development llc**

<u>Intentional withholding of funds with Malice-</u>
<u>GOVERNMENT CODE Ss 501.204 (1) Unlawful acts and practices</u>
<u>GOVERNMENT CODE 620.8401 (1a,b)  (2)  partners rights and dutys</u>
<u>GOVERNMENT CODE 620.8404 (2 b,c) (3) General standards of partners</u>

The respondents Martine Pate and Robert A. Pate both co-owners of Pate Development llc . Have with intention and malice refused to pay money owed to me over the past 2 years since I left Pate Development LLc. For real property I am pertners in.  other financial crimes have been committed on me to sabotage and force me to work for their illegal gambling and loan operation in south florida.  They used many other ocult and mafia tactics on me as well to force me into poverty and force me to do crime for them

<u>discrimination-</u>
<u>government code 620.8401 ET SEQ partners rights and dutys</u>
<u>governement code ss 620.8404 ET SEQ</u>

i was repeatedly harrased at work and during this partnership and was denied normal working environment .  i complained many occasions but being biologicaly  related to these neo nazi and mafia members i was always ignored

## IV. Relief

## John Pate Vs. Robert A. Pate and Martine Pate of Pate Development llc

**DAMAGES SOUGHT:**

**COMPENSATORY:**

50% OF THE 90,000.00 USD OWED FROM TIME OF INITIAL REQUEST OF MONEY

PLUS, INTEREST 15% SINCE 2012 90.000.00

LOSS OF INVESTMENT POTENTIAL 500.000.00 USD

TOTAL COMPENSATORY DAMAGES SOUGHT:  **680,000.00 U.S.D.**

**PUNATIVE DAMAGES SOUGHT:**

FOR SLANDER, FORGERY, FINANCIAL FRAUD, INTENTIONAL DECEIT, INTENTIONAL WITHHOLDING OF FUNDS WITH MALICE, DISCRIMINATION, HARRASEMENT

I THE PLAINTIF AM SEEKING 5 MILLION DOLLARS IN DAMAGES

**5,000,000.00 U.S.D.**

**TOTAL DAMAGES SOUGHT:**

**5,680,000.00**