UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PATE,<br><br>        Plaintiff,<br><br>    v.<br><br>TEQUESTA POLICE DEPARTMENT, et al.,<br><br>        Defendants. | Case No. 22-cv-00046-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Alex G. Tse for consideration of whether the case is related to *Pate v. Pate*, 21-cv-07718-AGT.

**IT IS SO ORDERED.**

Dated: January 6, 2022

THOMAS S. HIXSON
United States Magistrate Judge